UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IN THE MATTER OF:

Hettler v. Stoebner

Civil No. 01-2061 JRT

Bky No. 99-30128 DDO

Adv. No.

CLERK'S NOTICE OF RECEIPT AND ASSIGNMENT IN RE: BANKRUPTCY TRANSMITTAL

You are hereby notified that on 11/13/01, we filed the following:

APPEAL FROM U. S. BANKRUPTCY COURT MATTER

| | |
|---|---|
| X | Clerk's Record on Appeal (see Briefing Schedule below) |

BRIEFING SCHEDULE FOR BANKRUPTCY APPEALS
Pursuant to Local Bankruptcy Rule 1305

Appellant to submit an original and two copies of brief within 15 days after entry of appeal on the docket.
Appellee to submit an original and two copies of brief within 15 days after service of appellant's brief.
Appellant may submit an original and two copies of a reply brief within 10 days after service of appellee's brief.

OTHER BANKRUPTCY MATTERS/PROCEEDINGS

| | |
|---|---|
| | Motion, etc. for Leave to Appeal |
| | Transferred Adversary Proceeding Papers |
| | Motion to Withdraw Reference |
| | Order of Contempt |
| | Proposed Findings and Conclusions in non-core adversary |

This matter has been assigned to Judge Tunheim under the above civil action number, and counsel should contact LouJean Gleason, Courtroom Deputy, at 612-664-5083 for further information concerning this matter.

DATE: November 15, 2001

FRANCIS E. DOSAL, CLERK

BY Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

cc: Clerk, U. S. Bankruptcy Court
U. S. Trustee
All Counsel of Record

C:\FORMS\BKYNOT.MER
Rev. June 6, 1995